**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| HARPER CONSTRUCTION COMPANY, INC., *Plaintiff,* v. THE UNITED STATES, *Defendant.* | Case No. 1:25-cv-0036  Judge Ryan T. Holte |

## NOTICE OF VOLUNTARY DISMISSAL

For the reasons set forth in the Joint Status Report (D.E. 11), Plaintiff Harper Construction Company, Inc., hereby submits this Notice of Voluntary Dismissal without prejudice under COFC Rule 41(a)(1)(A)(i).

Submitted this 19th day of February, 2025.

/s/ Dirk D. Haire
Dirk D. Haire
Joseph L. Cohen
Payum Sean Milani-nia
David Timm
Jane Jung Hyoun Han
Michael J. Brewer
**FOX ROTHSCHILD LLP**
2020 K Street, NW, Suite 500
Washington, DC 20006
Phone: (202) 461-3114
Fax: (202) 461-3102
dhaire@foxrothschild.com

*Attorneys for Harper Construction Company, Inc.*